UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-221-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHESTER ALVIS BEST | **ORDER** |

Upon motion of the Defendant in this case, it is hereby **ORDERED** that Docket Entry Number 51 in the above-captioned case is to be SEALED by the Clerk.

The Court finds that the sealing of such entry is necessary to protect important and sensitive privacy interests and, as such, that the request to seal overcomes both the common law and First Amendment presumption to access such document. Furthermore, the Court finds that no adequate alternative to sealing such entry exists to protect those privacy interests. The Clerk is directed to provide a copy of the sealed document at Docket Entry Number 51 to the United States Attorney.

SO ORDERED

This the __5th__ day of May, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge