IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00221-FL

UNITED STATES OF AMERICA        :
                                :
            v.                  :
                                :
CHESTER ALVIS BEST              :


## ORDER OF FORFEITURE

Defendant Chester Alvis Best pled guilty to Count One of the Superseding Indictment, which charged a violation of the Controlled Substance Act, specifically, Title 21, United States Code, Section 841(a)(1). In his Plea Agreement, the Defendant agreed that he personally obtained at least $1,240.00 in proceeds from the offense.

Having considered the plea agreement, the record as a whole, and the applicable law, the Court issues the following orders:

1.  It is ORDERED that the $1,240.00 in proceeds traceable to Defendant's violation of Title 21, United States Code, Section 841(a)(1), is forfeited to the United States.

3.  It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part,

provided a proper showing as required is made under 21 U.S.C. § 853(p).

4. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This __6th__ day of __December__, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge